UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| **Appeal No. & Caption** | 14-1329, Calla Wright v. State of North Carolina |
|---|---|
| **Originating No. & Caption** | 5:13-cv-607-BO, Wright et al. v. State of North Carolina et al. |
| **Originating Court/Agency** | Eastern District of North Carolina |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. Section 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | 3/17/2014 | |
| Date notice of appeal or petition for review filed | 4/7/2014 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 804-379-4071.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

01/30/2013
SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Plaintiffs are voters and residents of Wake County and non-profit organizations concerned about access to education for African-American students. The Plaintiffs allege that Session Law 2013-110, a local bill enacted by the North Carolina General Assembly, violates their rights under the Fourteenth Amendment to the Constitution of the United States and Article I, Section 19 of the North Carolina Constitution by diluting and debasing the strength of their votes and their members' votes. After considering the Defendants' motions to dismiss, the trial court dismissed all of the Plaintiffs' pending claims and denied the Plaintiffs' motion for leave to amend their complaint as futile.

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) ||
|---|---|
| I. Whether the trial court erred in denying the Plaintiffs' motion to amend their complaint.<br><br>II. Whether the trial court erred in dismissing the Plaintiffs' claims under the Fourteenth Amendment to the United States Constitution and Article I, Section 19 of the North Carolina Constitution. ||

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: State of North Carolina | Adverse Party: Wake County Board of Elections |
|  | Please see attached page for additional attorneys. |
| Attorney: Alexander McClure Peters<br>Address: N.C. Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | Attorney: Scott W. Warren<br>Address: Wake County Attorney's Office<br>P.O. Box 550<br>Raleigh, NC 27602 |
| E-mail: apeters@ncdoj.gov | E-mail: swarren@wakegov.com |
| Phone: 919-716-6900 | Phone: 919-856-5500 |
| **Adverse Parties (continued)** ||
| Adverse Party: | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Please see attached page.<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Anita S. Earls            **Date:** 04/30/2014

**Counsel for:** Appellants

**Certificate of Service**: I certify that on __04/30/2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Allison Jean Riggs<br>SOUTHERN COALITION FOR SOCIAL JUSTICE<br>1415 West Highway 54<br>Suite 101<br>Durham, NC 27707<br>919-323-3380 ext 117<br>919-323-3942 (fax)<br>allison@southerncoalition.org | Kenneth R. Murphy, III<br>Scott Wood Warren<br>WAKE COUNTY ATTORNEY'S OFFICE<br>P. O. Box 550<br>Raleigh, NC 27602<br>919-856-5500<br>Kenneth.Murphy@wakegov.com<br>swarren@wakegov.com |
| Signature: /s/ Anita S. Earls | Date: 04/30/2014 |

THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

CALLA WRIGHT, *et al.*,
   Appellants,

     v.

STATE OF NORTH CAROLINA,
   *et al.*, Appellees.

No. 14-1329

## **APPELLANTS' ATTACHMENT TO DOCKETING STATEMENT**

    As an attachment to their docketing statement, the Appellants provide the following list of additional attorneys for the Adverse Party the Defendant Wake County Board of Elections and the following list of Appellants.

### **Additional Attorneys for the Wake County Board of Elections**

Roger A. Askew

Claire Alise Hunter

Kenneth R. Murphy, III

Wake County Attorney's Office

P.O. Box 550

Raleigh, NC 27602

roger.askew@wakegov.com

claire.hunter@wakegov.com

Kenneth.Murphy@wakegov.com

919-856-5500

**<u>Appellants</u>**

Calla Wright

Willie J. Bethel

Amy T. Lee

Amygayle L. Womble

Barbara Vandenbergh

John G. Vandenbergh

Ajamu G. Dillahunt

Elaine E. Dillahunt

Lucinda H. Mackethan

William B. Clifford

Ann Long Campbell

Greg Flynn

Beverley S. Clark

Concerned Citizens for African-American Children

Raleigh Wake Citizens Association

Anita S. Earls

Allison Jean Riggs

Southern Coalition for Social Justice

1415 West Highway 54, Suite 101

Durham, NC 27707

anita@southerncoalition.org

allison@southerncoalition.org

919-323-3380 xt 115, xt 117

Respectfully submitted, this the 30th day of April, 2014.

/s/ Anita S. Earls
N.C. State Bar No. 15597
Allison Jean Riggs
N.C. State Bar No. 40028
Attorneys for Appellants
Southern Coalition for Social Justice
1415 W. Hwy. 54, Ste. 101
Durham, NC  27707
Telephone: 919-323-3380 ext. 115
Facsimile:   919-323-3942
Email:   anita@southerncoalition.org

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

| | | | |
|---|---|---|---|
| Roger Allen Askew<br>WAKE COUNTY ATTORNEY'S OFFICE<br>P. O. Box 550<br>Raleigh, NC 27602<br>Email: roger.askew@wakegov.com | 14-1329 | Email | Active |
| Claire Alise Hunter<br>WAKE COUNTY ATTORNEY'S OFFICE<br>P. O. Box 550<br>Raleigh, NC 27602<br>Email: claire.hunter@wakegov.com | 14-1329 | Email | Active |
| Kenneth R. Murphy III<br>WAKE COUNTY ATTORNEY'S OFFICE<br>P. O. Box 550<br>Raleigh, NC 27602<br>Email: kenneth.murphy@wakegov.com | 14-1329 | Email | Active |
| Alexander McClure Peters<br>NORTH CAROLINA DEPARTMENT OF JUSTICE<br>114 West Edenton Street<br>P. O. Box 629<br>Raleigh, NC 27602<br>Email: apeters@ncdoj.gov | 14-1329 | Email | Active |

/s/ Anita S. Earls
N.C. State Bar No. 15597
Attorney for Appellants
Southern Coalition for Social Justice
1415 W. Hwy. 54, Ste. 101
Durham, NC  27707
Telephone:  919-323-3380 ext. 115
Facsimile:   919-323-3942

Email:   anita@southerncoalition.org